**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Patrick Lewis RUDD, a/k/a Louie,
a/k/a One–Eyed Louie,
Defendant—Appellant.**

No. 08–6484.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

Patrick Lewis Rudd, Appellant Pro Se.
J. Frank Bradsher, Office of the United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before NIEMEYER, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Patrick Lewis Rudd appeals from the
district court's order denying his motion
for relief pursuant to Fed.R.Civ.P. 60(b), in
which he sought to receive credit on his
federal sentence for time served in state
custody before his federal conviction. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*United States v. Rudd,* No. 7:97–cr–00063–
H–3 (E.D.N.C. Dec. 3, 2007). We dispense

with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*